# EXHIBIT 21A





 Return to top

# What kinds of information do we collect?

Depending on which Services you use, we collect different kinds of information from or about you.

> **Things you do and information you provide.**
> We collect the content and other information that you provide when you use our Services, including when you sign up for an account, create or share, and message or communicate with others. This can include information in or about the content that you provide, such as the location of a photo or the date a file was created. We also collect information about how you use our Services, such as the types of content you view or engage with or the frequency and duration of your activities.

● Chat (49)

they also collect content and information that other people provide when
they use our Services, including information about you, such as when
they share a photo of you, send a message to you or upload, sync or
import your contact information.

**Your networks and connections.**
We collect information about the people and groups you are connected
to and how you interact with them, such as the people you communicate
with the most or the groups you like to share with. We also collect
contact information that you provide if you upload, sync or import this
information (such as an address book) from a device.

**Information about payments.**
If you use our Services for purchases or financial transactions (e.g. when
you buy something on Facebook, make a purchase in a game or make a
donation), we collect information about the purchase or transaction. This
includes your payment information, such as your credit or debit card
number and other card information, and other account and
authentication information, as well as billing, shipping and contact details.

**Device information.**
We collect information from or about the computers, phones or other
devices where you install or access our Services, depending on the
permissions you've granted. We may associate the information we collect
from your different devices, which helps us provide consistent Services
across your devices. Here are some examples of the device information
that we collect:

- Attributes such as the operating system, hardware version, device
  settings, file and software names and types, battery and signal strength,
  and device identifiers.
- Device locations, including specific geographic locations, such as
  through GPS, Bluetooth or WiFi signals.
- Connection information such as the name of your mobile operator or
  ISP, browser type, language and time zone, mobile phone number and
  IP address.

**Information from websites and apps that use our Services.**
We collect information when you visit or use third-party websites and
apps that use our Services (e.g. when they offer our Like button or
Facebook Log In or use our measurement and advertising services). This
includes information about the websites and apps that you visit, your use
of our Services on those websites and apps, as well as information the
developer or publisher of the app or website provides to you or us.

**Information from third-party partners.**
We receive information about you and your activities on and off
Facebook from third-party partners, such as information from a partner
when we jointly offer services or from an advertiser about your
experiences or interactions with them.

**Facebook companies.**
We receive information about you from c...                ● Chat (49)

<u>more</u> about these companies and their privacy policies.

 Return to top

## How do we use this information?

We are passionate about creating engaging and customised experiences for people. We use all of the information we have to help us provide and support our Services. Here's how:

**Provide, improve and develop Services.**
We are able to deliver our Services, personalise content and make suggestions for you by using this information to understand how you use and interact with our Services and the people or things you're connected to and interested in on and off our Services.

We also use information we have to provide shortcuts and suggestions to you. For example, we are able to suggest that your friend tags you in a picture by comparing your friend's pictures to information we've put together from your profile pictures and the other photos in which you've been tagged. If this feature is enabled for you, you can control whether we suggest that another user tags you in a photo using the "Timeline and Tagging" settings.

When we have location information, we use it to tailor our Services for you and others, such as helping you to check in and find local events or offers in your area or telling your friends that you are nearby.

We conduct surveys and <u>research</u>, test features in development and analyse the information that we have in order to evaluate and improve products and services, develop new products or features and conduct audits and troubleshooting activities.

**Communicate with you.**
We use your information to send you marketing communications, communicate with you about our Services and let you know about our policies and terms. We also use your information to respond to you when you contact us.

**Show and measure ads and services.**
We use the <u>information we have</u> to improve our advertising and measurement systems so that we can show you relevant ads on and off our Services and measure the effectiveness and reach of ads and services. <u>Learn more</u> about advertising on our Services and how you can <u>control</u> how information about you is used to personalise the ads you see.

**Promote safety and security.**

● Chat (49)           ⚙ ☑ ⚎

investigating suspicious activity or violations of our terms or policies. We
work hard to protect your account using teams of engineers, automated
systems and advanced technology such as encryption and machine
learning. We also offer easy-to-use security tools that add an extra layer
of security to your account. For more information about promoting
safety on Facebook, visit the Facebook Security Help Centre.

We use cookies and similar technologies to provide and support our Services and each of
the uses outlined and described in this section of our policy. Read our Cookie Policy to
learn more.

   Return to top

# How is this information shared?

**Sharing on our Services**
People use our Services to connect and share with others. We make this possible by
sharing your information in the following ways:

**People you share and communicate with.**
When you share and communicate using our Services, you choose the
audience who can see what you share. For example, when you post on
Facebook, you select the audience for the post, such as a customised
group of individuals, all of your Friends or members of a Group. Likewise,
when you use Messenger, you also choose the people who you send
photos to or message.

Public information is any information that you share with a public
audience, as well as information in your public profile or content you
share on a Facebook Page or another public forum. Public information is
available to anyone on or off our Services and can be seen or accessed
through online search engines, APIs and offline media, such as on TV.

In some cases, people you share and communicate with may download or
re-share this content with others on and off our Services. When you
comment on another person's post or like their content on Facebook,
that person decides the audience who can see your comment or like. If
their audience is public, your comment will also be public.

**People that see content that others share about you.**
Other people may use our Services to share content about you with the
audience they choose. For example, people may share a photo of you,
mention or tag you at a location in a post or share information about you
that you shared with them. If you have concerns with someone's post,
social reporting is a way for people to quickly and easily ask for help from
someone they trust. learn more.

**Apps, websites and third-party integrati**   ● Chat (49)          ⚙ ☑ ⚎

what you post or share. For example, when you play a game with your Facebook friends or use the Facebook Comment or Share button on a website, the game developer or website may get information about your activities in the game or receive a comment or link that you share from their website on Facebook. In addition, when you download or use such third-party services, they can access your public profile, which includes your username or user ID, your age range and country/language, your list of friends, as well as any information that you share with them. Information collected by these apps, websites or integrated services is subject to their own terms and policies.

Learn more about how you can control the information about you that you or others share with these apps and websites.

### Sharing within Facebook companies.
We share information we have about you within the family of companies that are part of Facebook. Learn more about our companies.

### New owner.
If the ownership or control of all or part of our Services or their assets changes, we may transfer your information to the new owner.

## Sharing with third-party partners and customers

We work with third-party companies who help us provide and improve our Services or who use advertising or related products, which makes it possible to operate our companies and provide free services to people around the world.

Here are the types of third parties that we can share information with about you:

### Advertising, measurement and analytics services (non-personally identifiable information only).
We want our advertising to be as relevant and interesting as the other information you find on our Services. With this in mind, we use all of the information that we have about you to show you relevant ads. We do not share information that personally identifies you (personally identifiable information is information such as a name or email address that can by itself be used to contact you or identify who you are) with advertising, measurement or analytics partners unless you give us permission. We may provide these partners with information about the reach and effectiveness of their advertising without providing information that personally identifies you, or if we have aggregated the information so that it does not personally identify you. For example, we may tell an advertiser how its ads performed, or how many people viewed their ads or installed an app after seeing an ad, or provide non-personally identifying demographic information (such as 25- year-old female, in Madrid, who likes software engineering) to these partners to help them understand their audience or customers, but only after the advertiser has agreed to abide by our advertiser guidelines.

Please review your advertising preferences to understand why you're seeing a particular ad on Facebook. You can ⌐⌐⌐⌐ ⌐⌐⌐⌐ ⌐⌐ ⌐⌐⌐⌐⌐⌐⌐⌐⌐ ⌐⌐
you want to control and manage your ad ⌐    ● Chat (49)

**Vendors, service providers and other partners.**
We transfer information to vendors, service providers and other partners who globally support our business, such as providing technical infrastructure services, analysing how our Services are used, measuring the effectiveness of ads and services, providing customer service, facilitating payments or conducting academic research and surveys. These partners must adhere to strict confidentiality obligations in a way that is consistent with this Data Policy and the agreements that we enter into with them.

 Return to top

# How can I manage or delete information about me?

You can manage the content and information you share when you use Facebook through the Activity Log tool. You can also download information associated with your Facebook account through our Download Your Information tool.

We store data for as long as it is necessary to provide products and services to you and others, including those described above. Information associated with your account will be kept until your account is deleted, unless we no longer need the data to provide products and services.

You can delete your account any time. When you delete your account, we delete things that you have posted, such as your photos and status updates. If you do not want to delete your account, but want to temporarily stop using Facebook, you may deactivate your account instead. To learn more about deactivating or deleting your account, click here. Bear in mind that information that others have shared about you is not part of your account and will not be deleted when you delete your account.

 Return to top

# How do we respond to legal requests or prevent harm?

We may access, preserve and share your information in response to a legal request (e.g. a search warrant, court order or subpoena) if we have a good faith belief that the law requires us to do so. This may include responding to legal requests from jurisdictions outside of the United States where we have a good faith belief that the response is required by law in that jurisdiction, affects users

● Chat (49)

and other illegal activity; to protect ourselves, you and others, including as part of investigations; or to prevent death or imminent bodily harm. For example, we may provide information to third-party partners about the reliability of your account to prevent fraud and abuse on and off our Services. Information that we receive about you, including financial transaction data related to purchases made with Facebook, may be accessed, processed and retained for an extended period of time when it is the subject of a legal request or obligation, governmental investigation, or investigations concerning possible violations of our terms or policies, or otherwise to prevent harm. We also may retain information from accounts disabled for violations of our terms for at least a year to prevent repeat abuse or other violations of our terms.

 Return to top

## How our global services operate

Facebook may share information internally within our family of companies or with third parties for purposes described in this policy. Information collected within the European Economic Area ("EEA") may, for example, be transferred to countries outside of the EEA for the purposes as described in this policy. We utilise standard contract clauses approved by the European Commission, adopt other means under European Union law and obtain your consent to legitimise data transfers from the EEA to the United States and other countries.

You can contact us using the information provided below with questions or concerns. We also may resolve disputes you have with us in connection with our privacy policies and practices through TRUSTe. You can contact TRUSTe through their underlined website.

 Return to top

## How will we notify you of changes to this policy?

We'll notify you before we make changes to this policy and give you the opportunity to review and comment on the revised policy before continuing to use our Services.

 Return to top

## How to contact Facebook with

● Chat (49)

To learn more about how privacy works on Facebook, please take a look at Privacy Basics. If you have questions about this policy, here's how you can reach us:

If you live in the US or Canada...

Please contact Facebook, Inc. online or by post to:

**Facebook, Inc.**
**1601 Willow Road**
**Menlo Park, CA 94025**

If you live anywhere else...

The data controller responsible for your information is Facebook Ireland Ltd., which you can contact online or by post to:

**Facebook Ireland Ltd.**
**4 Grand Canal Square**
**Grand Canal Harbour**
**Dublin 2 Ireland**

Date of last revision: 29 September 2016

About   Create ad   Create Page   Developers   Careers   Privacy   Cookies   AdChoices▷   Terms   Help

Facebook © 2018
English (UK)   **English (US)**   **Español**   **Français (France)**   **中文(简体)**   **العربية**   **Português (Brasil)**   **Italiano**   **한국어**   **Deutsch**   **हिन्दी**   +

● Chat (49)

# EXHIBIT 21B

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.


Learn more about how it works


Read a letter from our team

## Helping to keep you safe

Back to top ▲



We remove content, disable accounts and work with law enforcement when we believe that there is a genuine risk of physical harm or direct threats to public safety. Learn more about how Facebook handles abusive content.

Overview

Direct Threats

Self-injury

Dangerous Organisations

Bullying and Harassment

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

**Overview**

Nudity

Hate Speech

Violence and Graphic
Content

Next section

# Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

**Overview**

Using Your Authentic
Identity

Fraud and Spam

Accounts of Friends or
Family Members Who
Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts,

Reporting abuse

Controlling what you see

Communication Tools

people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About   Create ad   Create Page   Developers   Careers   Privacy   Cookies   AdChoices▷   Terms   Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   ➕

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.



Learn more about how it works

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



Read a letter from our team

## Helping to keep you safe

Back to top ▲



Direct Threats: How we help people who feel threatened by others on Facebook.

We carefully review reports of threatening language to identify serious threats of harm to public and personal safety. We remove credible threats of physical harm to

Overview

**Direct Threats**

Self-injury

Dangerous Organisations

Bullying and Harassment

individuals. We also remove specific threats of theft, vandalism or other financial harm.

We may consider things such as a person's physical location or public visibility in determining whether a threat is credible. We may assume credibility of any threats to people living in violent and unstable regions.

Attacks on Public Figures

Criminal Activity

Sexual Violence and Exploitation

Regulated goods

Next section

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic Content

Next section

# Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more

Overview

Using Your Authentic Identity

Fraud and Spam

about how we work to keep your information safe.

Accounts of Friends or
Family Members Who
Have Passed Away

Next section

## Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

## Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, **please report it to us**. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first

Reporting abuse

Controlling what you see

Communication Tools

violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.


Learn more about how it works

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.


Read a letter from our team

## Helping to keep you safe

Back to top ▲



Self-injury: How we work to help prevent self-injury and suicide.

We don't allow the promotion of self-injury or suicide. We work with organisations around the world to provide assistance for people in distress. We prohibit content that promotes

Overview

Direct Threats

**Self-injury**

Dangerous Organisations

Bullying and Harassment

or encourages suicide or any other type of self-injury, including self-mutilation and eating disorders. We don't consider body modification to be self-injury. We also remove any content that identifies victims or survivors of self-injury or suicide and targets them for attack, either seriously or humorously. People can, however, share information about self-injury and suicide that does not promote these things.

Attacks on Public Figures

Criminal Activity

Sexual Violence and Exploitation

Regulated goods

Next section

## Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic Content

Next section

## Keeping your account and personal information secure

Back to top ▲

We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You

Overview

Using Your Authentic Identity



may not publish the personal information of
others without their consent. Learn more
about how we work to keep your information
safe.

Fraud and Spam

Accounts of Friends or
Family Members Who
Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the
things that are important to you. You own all
of the content and information you post on
Facebook, and you can control how it is
shared through your privacy and application
settings. However, before sharing content on
Facebook, please make sure that you have the
right to do so. We ask that you respect
copyrights, trademarks and other legal rights.
Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that
is free from abusive content. To do this, we rely on people like you. If you see something on Facebook
that you believe violates our terms, please report it to us. We have dedicated teams working around
the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate
our Community Standards. If after careful legal review we find that the content is illegal under local
law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains
  cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our
  policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If
  you report content, please tell us why the content should be removed (e.g. is it nudity or hate
  speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific
  posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove
  content simply because it has been reported a number of times.

Reporting abuse

Controlling what you see

Communication Tools

- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices ▷    Terms    Help

Facebook © 2018

English (UK)    English (US)    Español    Français (France)    中文(简体)    العربية    Português (Brasil)    Italiano    한국어    Deutsch    हिन्दी    +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.



We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



## Helping to keep you safe

Back to top ▲



Dangerous Organisations: What types of organisations we prohibit on Facebook.

We don't allow any organisations that are engaged in the following to have a presence on Facebook:

Overview

Direct Threats

Self-injury

**Dangerous Organisations**

Bullying and Harassment

- terrorist activity, or
- organised criminal activity.

We also remove content that expresses support for groups that are involved in the violent or criminal behaviour mentioned above. Supporting or praising leaders of those same organisations, or condoning their violent activities, is not allowed.

We welcome broad discussion and social commentary on these general subjects, but ask that people show sensitivity towards victims of violence and discrimination.

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic Content

Next section

# Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Overview

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Members Who Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.

Reporting abuse

Controlling what you see

Communication Tools

- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About   Create ad   Create Page   Developers   Careers   Privacy   Cookies   AdChoices ▷   Terms   Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.

Learn more about how it works





Read a letter from our team

## Helping to keep you safe

Back to top ▲



Bullying and Harassment: How we respond to bullying and harassment.

We don't tolerate bullying or harassment. We allow you to speak freely on matters and people of public interest, but remove content that appears to purposefully target private

Overview

Direct Threats

Self-Injury

Dangerous Organisations

**Bullying and Harassment**

individuals with the intention of degrading or shaming them. This content includes, but is not limited to:

- Pages that identify and shame private individuals,
- images altered to degrade private individuals,
- photos or videos of physical bullying posted to shame the victim,
- sharing personal information to blackmail or harass people and
- repeatedly targeting other people with unwanted friend requests or messages.

We define private individuals as people who have neither gained news attention nor the interest of the public, by way of their actions or public profession.

Attacks on Public Figures

Criminal Activity

Sexual Violence and Exploitation

Regulated goods

Next section

## Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

**Overview**

Nudity

Hate Speech

Violence and Graphic Content

Next section

# Keeping your account and personal information secure



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Back to top ▲

Overview

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Members Who Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.



Reporting abuse

Controlling what you see

Communication Tools

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.


Learn more about how it works


Read a letter from our team

## Helping to keep you safe

Back to top ▲



Attacks on Public Figures: What protection public figures receive on Facebook.

We permit open and critical discussion of people who are featured in the news or have a large public audience based on their profession or chosen activities. We remove

Overview

Direct Threats

Self-Injury

Dangerous Organisations

Bullying and Harassment

credible threats to public figures, as well as
hate speech directed at them – just as we do
for private individuals.

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Next section

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their
experiences and to raise awareness about
issues that are important to them. This means
that you may encounter opinions that are
different from yours, which we believe can
lead to important conversations about
difficult topics. To help balance the needs,
safety and interests of a diverse community,
however, we may remove certain kinds of
sensitive content or limit the audience that
sees it. Learn more about how we do that
here.

Overview

Nudity

Hate Speech

Violence and Graphic
Content

Next section

# Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account
secure and protect your personal
information. By joining Facebook, you agree
to use your authentic name and identity. You
may not publish the personal information of
others without their consent. Learn more
about how we work to keep your information
safe.

Overview

Using Your Authentic
Identity

Fraud and Spam

Accounts of Friends or
Family Members Who
Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts,

Reporting abuse

Controlling what you see

Communication Tools



people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices    Terms    Help

Facebook © 2018

English (UK)    English (US)    Español    Français (France)    中文(简体)    العربية    Português (Brasil)    Italiano    한국어    Deutsch    हिन्दी    +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.

Learn more about how it works





Read a letter from our team

## Helping to keep you safe

Back to top ▲



Criminal Activity: How we handle reports of criminal activity on Facebook.

We prohibit the use of Facebook to facilitate or organise criminal activity that causes physical harm to people, businesses or animals, or financial damage to people or

Overview

Direct Threats

Self-injury

Dangerous Organisations

Bullying and Harassment

businesses. We work with the police when we believe that there is a genuine risk of physical harm or direct threats to public safety.

We also prohibit you from celebrating any crimes that you've committed. We do, however, allow people to debate or advocate for the legality of criminal activities, as well as address them in a humorous or satirical way.

Attacks on Public Figures

**Criminal Activity**

Sexual Violence and Exploitation

Regulated goods

Next section

## Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic Content

Next section

## Keeping your account and personal information secure

Back to top ▲

We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of

Overview

Using Your Authentic Identity

Fraud and Spam



others without their consent. Learn more
about how we work to keep your information
safe.

Accounts of Friends or
Family Members Who
Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the
things that are important to you. You own all
of the content and information you post on
Facebook, and you can control how it is
shared through your privacy and application
settings. However, before sharing content on
Facebook, please make sure that you have the
right to do so. We ask that you respect
copyrights, trademarks and other legal rights.
Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that
is free from abusive content. To do this, we rely on people like you. If you see something on Facebook
that you believe violates our terms, please report it to us. We have dedicated teams working around
the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate
our Community Standards. If after careful legal review we find that the content is illegal under local
law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains
  cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our
  policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If
  you report content, please tell us why the content should be removed (e.g. is it nudity or hate
  speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific
  posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove
  content simply because it has been reported a number of times.

Reporting abuse

Controlling what you see

Communication Tools

- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About   Create ad   Create Page   Developers   Careers   Privacy   Cookies   AdChoices▷   Terms   Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.



We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



# Helping to keep you safe

Back to top ▲



Sexual Violence and Exploitation: How we fight sexual violence and exploitation on Facebook.

We remove content that threatens or promotes sexual violence or exploitation. This includes the sexual exploitation of minors and

Overview

Direct Threats

Self-injury

Dangerous Organisations

Bullying and Harassment

sexual assault. To protect victims and survivors, we also remove photographs or videos depicting incidents of sexual violence and images shared in revenge or without permission from the people in the images.

Our definition of sexual exploitation includes solicitation of sexual material, any sexual content involving minors, threats to share intimate images and offers of sexual services. Where appropriate, we refer this content to law enforcement. Offers of sexual services include prostitution, escort services, sexual massages and filmed sexual activity.

Attacks on Public Figures

Criminal Activity

**Sexual Violence and Exploitation**

Regulated goods

Next section

## Encouraging respectful behaviour

Back to top ▲

People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

**Overview**

Nudity

Hate Speech

Violence and Graphic Content

Next section

## Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Overview

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Members Who Have Passed Away

Next section

## Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

## Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.



Reporting abuse

Controlling what you see

Communication Tools

- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices ▷    Terms    Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.



We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



## Helping to keep you safe

Back to top ▲



### Regulated goods

We prohibit any attempts by unauthorised dealers to purchase, sell or trade prescription drugs, marijuana, firearms or ammunition. If you post an offer to purchase or sell alcohol, tobacco or adult products, we expect you to

Overview

Direct Threats

Self-injury

Dangerous Organisations

Bullying and Harassment

comply with all applicable laws and carefully consider the audience for that content. We do not allow you to use Facebook's payment tools to sell or purchase regulated goods on our platform.



Attacks on Public Figures

Criminal Activity

Sexual Violence and Exploitation

**Regulated goods**

---

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic Content

Next section

---

# Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Overview

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Members Who Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts,

| Reporting abuse |
| Controlling what you see |
| Communication Tools |

people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices▷    Terms    Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.



We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



## Helping to keep you safe

Back to top ▲



We remove content, disable accounts and work with law enforcement when we believe that there is a genuine risk of physical harm or direct threats to public safety. Learn more about how Facebook handles abusive content.

Overview

Direct Threats

Self-Injury

Dangerous Organisations

Bullying and Harassment

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



Nudity

Overview

**Nudity**

Hate Speech

Violence and Graphic
Content

People sometimes share content containing nudity for reasons such as awareness campaigns or artistic projects. We restrict the display of nudity because some audiences within our global community may be sensitive to this type of content – particularly because of their cultural background or age. In order to treat people fairly and respond to reports quickly, it is essential that we have policies in place that our global teams can apply uniformly and easily when reviewing content. As a result, our policies can sometimes be more blunt than we would like and restrict content shared for legitimate purposes. We are always working to get better at evaluating this content and enforcing our standards.

We remove photographs of people displaying genitals or focusing in on fully exposed buttocks. We also restrict some images of female breasts if they include the nipple, but we always allow photos of women actively engaged in breastfeeding or showing breasts with post-mastectomy scarring. We also allow photographs of paintings, sculptures and other art that depicts nude figures. Restrictions on the display of both nudity and sexual activity also apply to digitally created content unless the content is posted for educational, humorous or satirical purposes. Explicit images of sexual intercourse are

prohibited. Descriptions of sexual acts that go
into vivid detail may also be removed.

# Keeping your account and personal information secure

Back to top ▲

 We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Overview

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Members Who Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲

 Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Community standards

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

Reporting abuse

Controlling what you see

Communication Tools

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices ▷    Terms    Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.

Learn more about how it works





Read a letter from our team

## Helping to keep you safe

Back to top ▲



We remove content, disable accounts and work with law enforcement when we believe that there is a genuine risk of physical harm or direct threats to public safety. Learn more about how Facebook handles abusive content.

Overview

Direct Threats

Self-injury

Dangerous Organisations

Bullying and Harassment

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



Hate Speech

Facebook removes hate speech, which
includes content that directly attacks people
based on their:

Overview

Nudity

**Hate Speech**

Violence and Graphic
Content

- race,
- ethnicity,
- national origin,
- religious affiliation,
- sexual orientation,
- sex, gender or gender identity, or
- serious disabilities or diseases.

Organisations and people dedicated to
promoting hatred against these protected
groups are not allowed a presence on
Facebook. As with all of our standards, we
rely on our community to report this content
to us.

People can use Facebook to challenge ideas,
institutions and practices. Such discussion
can promote debate and greater
understanding. Sometimes people share
content containing someone else's hate
speech for the purpose of raising awareness
or educating others about that hate speech.
When this is the case, we expect people to
clearly indicate their purpose, which helps us
better understand why they shared that
content.

We allow humour, satire or social

commentary related to these topics, and we believe that when people use their authentic identity, they are more responsible when they share this kind of commentary. For that reason, we ask that Page owners associate their name and Facebook Profile with any content that is insensitive, even if that content does not violate our policies. As always, we urge people to be conscious of their audience when sharing this type of content.

While we work hard to remove hate speech, we also give you tools to avoid distasteful or offensive content. Learn more about the tools we offer to control what you see. You can also use Facebook to speak up and educate the community around you. Counter-speech in the form of accurate information and alternative viewpoints can help create a safer and more respectful environment.

Next section

# Keeping your account and personal information secure

Back to top ▲



We work hard to help keep your account secure and protect your personal information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Overview

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Members Who Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

| Reporting abuse |
| Controlling what you see |
| Communication Tools |

About   Create ad   Create Page   Developers   Careers   Privacy   Cookies   AdChoices ▷   Terms   Help

Facebook © 2018

English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.



We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



## Helping to keep you safe

Back to top ▲



We remove content, disable accounts and work with law enforcement when we believe that there is a genuine risk of physical harm or direct threats to public safety. Learn more about how Facebook handles abusive content.

**Overview**

Direct Threats

Self-injury

Dangerous Organisations

Bullying and Harassment

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



Violence and Graphic Content

Facebook has long been a place where people share their experiences and raise awareness about important issues. Sometimes, those experiences and issues involve violence and graphic images of public interest or concern, such as human rights abuses or acts of terrorism. In many instances, when people share this type of content, they are condemning it or raising awareness about it. We remove graphic images when they are shared for sadistic pleasure or to celebrate or glorify violence.

When people share anything on Facebook, we expect that they will share it responsibly, including carefully choosing who will see that content. We also ask that people warn their audience about what they are about to see if it includes graphic violence.

Overview

Nudity

Hate Speech

**Violence and Graphic Content**

# Keeping your account and personal information secure

Back to top ▲

We work hard to help keep your account secure and protect your personal

Overview



information. By joining Facebook, you agree to use your authentic name and identity. You may not publish the personal information of others without their consent. Learn more about how we work to keep your information safe.

Using Your Authentic Identity

Fraud and Spam

Accounts of Friends or Family Members Who Have Passed Away

Next section

# Protecting your intellectual property

Back to top ▲ 



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.

Reporting abuse

Controlling what you see

Communication Tools

- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices     Terms    Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.

Learn more about how it works





Read a letter from our team

## Helping to keep you safe

Back to top ▲



We remove content, disable accounts and work with law enforcement when we believe that there is a genuine risk of physical harm or direct threats to public safety. Learn more about how Facebook handles abusive content.

Overview

Direct Threats

Self-injury

Dangerous Organisations

Bullying and Harassment

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic
Content

Next section

# Keeping your account and personal information secure

Back to top ▲



Using Your Authentic Identity: How Facebook's real name requirement creates a safer environment.

People connect on Facebook using their authentic identities. When people stand behind their opinions and actions with their authentic name and reputation, our community is more accountable. If we

Overview

Using Your Authentic
Identity

Fraud and Spam

Accounts of Friends or
Family Members Who
Have Passed Away

discover that you have multiple personal profiles, we may ask you to close the additional profiles. We also remove any profiles that impersonate other people.

If you want to create a presence on Facebook for your pet, organisation, favourite film, games character or another purpose, please create a Page instead of a Facebook Profile. Pages can help you conduct business, stay in touch with fans or promote a cause you care about.

Next section

# Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

# Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.

| Reporting abuse |
| Controlling what you see |
| Communication Tools |

- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.
- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About   Create ad   Create Page   Developers   Careers   Privacy   Cookies   AdChoices▷   Terms   Help

Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.

We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.


Learn more about how it works


Read a letter from our team

## Helping to keep you safe

Back to top ▲



We remove content, disable accounts and work with law enforcement when we believe that there is a genuine risk of physical harm or direct threats to public safety. Learn more about how Facebook handles abusive content.

Overview

Direct Threats

Self-Injury

Dangerous Organisations

Bullying and Harassment

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic
Content

Next section

# Keeping your account and personal information secure

Back to top ▲



Fraud and Spam: How we protect you from fraud and spam.

We work hard to help ensure that the information you share is secure. We investigate any suspected breach of security. Any attempt to compromise the security of a Profile, including fraud, may be referred to law enforcement. Using misleading or

Overview

Using Your Authentic
Identity

Fraud and Spam

Accounts of Friends or
Family Members Who
Have Passed Away

inaccurate information to artificially collect likes, followers or shares is not allowed. We also ask that you respect people by not contacting them for commercial purposes without their consent.

Next section

## Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

## Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.

Reporting abuse

Controlling what you see

Communication Tools

- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices▷    Terms    Help

Facebook © 2018

English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   +

 Community Standards

Our mission is to give people the power to share and make the world more open and connected. Every day, people come to Facebook to share their stories, see the world through the eyes of others and connect with friends and causes. The conversations that happen on Facebook reflect the diversity of a community of more than one billion people.



We want people to feel safe when using Facebook. For that reason, we've developed a set of Community Standards, outlined below. These policies will help you understand what type of sharing is allowed on Facebook, and what type of content may be reported to us and removed. Because of the diversity of our global community, please bear in mind that something that may be disagreeable or disturbing to you may not violate our Community Standards.



## Helping to keep you safe

Back to top ▲



We remove content, disable accounts and work with law enforcement when we believe that there is a genuine risk of physical harm or direct threats to public safety. Learn more about how Facebook handles abusive content.

Overview

Direct Threats

Self-Injury

Dangerous Organisations

Bullying and Harassment

Next section

Attacks on Public Figures

Criminal Activity

Sexual Violence and
Exploitation

Regulated goods

# Encouraging respectful behaviour

Back to top ▲



People use Facebook to share their experiences and to raise awareness about issues that are important to them. This means that you may encounter opinions that are different from yours, which we believe can lead to important conversations about difficult topics. To help balance the needs, safety and interests of a diverse community, however, we may remove certain kinds of sensitive content or limit the audience that sees it. Learn more about how we do that here.

Overview

Nudity

Hate Speech

Violence and Graphic
Content

Next section

# Keeping your account and personal information secure

Back to top ▲



Accounts of Friends or Family Members Who Have Passed Away: How you can create a place to remember lost loved ones on Facebook.

Facebook is a place where people come to share their stories and reminisce about friends and family members who have passed away. Once we receive proof of death, we

Overview

Using Your Authentic
Identity

Fraud and Spam

**Accounts of Friends or
Family Members Who
Have Passed Away**

secure and memorialise accounts. We do this once we receive sufficient proof of death. Learn more about what happens when we memorialise an account.

Immediate family members can also request that we remove and delete a loved one's profile

## Protecting your intellectual property

Back to top ▲



Facebook is a place for you to share the things that are important to you. You own all of the content and information you post on Facebook, and you can control how it is shared through your privacy and application settings. However, before sharing content on Facebook, please make sure that you have the right to do so. We ask that you respect copyrights, trademarks and other legal rights. Learn more about intellectual property rights.

## Reporting abuse

Our global community is growing every day, and we strive to welcome people to an environment that is free from abusive content. To do this, we rely on people like you. If you see something on Facebook that you believe violates our terms, please report it to us. We have dedicated teams working around the world to review things you report to help make sure Facebook remains safe.

Governments also sometimes ask us to remove content that violates local laws but does not violate our Community Standards. If after careful legal review we find that the content is illegal under local law, then we may make it unavailable only in the relevant country or territory.

Please bear the following in mind:

- We may take action whenever something violates the Community Standards outlined here.
- We may ask Page owners to associate their name and Facebook Profile with a Page that contains cruel and insensitive content, even if that content does not violate our policies.
- Reporting something doesn't guarantee that it will be removed because it may not violate our policies.
- Our content reviewers will look to you for information about why a post may violate our policies. If you report content, please tell us why the content should be removed (e.g. is it nudity or hate speech?) so that we can send it to the right person for review.
- Our review decisions may occasionally change after receiving additional context about specific posts or after seeing new, violating content appearing on a Page or Facebook Profile.

Reporting abuse

Controlling what you see

Communication Tools

- The number of reports does not impact whether something will be removed. We never remove content simply because it has been reported a number of times.
- The consequences for violating our Community Standards vary depending on the severity of the violation and the person's history on Facebook. For instance, we may warn someone for a first violation, but if we continue to see further violations we may restrict a person's ability to post on Facebook or ban the person from Facebook.

Not all disagreeable or disturbing content violates our Community Standards. For this reason, we offer you the ability to customise and control what you see by unfollowing, blocking and hiding the posts, people, Pages and applications you don't want to see – and we encourage you to use these controls to better personalise your experience. Learn more. People also often resolve issues they have about a piece of content by simply getting in touch with the person who posted it. We've created tools for you to communicate directly with other people when you're unhappy with posts, photos or other content you see on Facebook.

# EXHIBIT 21C

2/7/2018                                                 Facebook



## Facebook Principles

We are building Facebook to make the world more open and transparent, which we believe will create greater understanding and connection. Facebook promotes openness and transparency by giving individuals greater power to share and connect, and certain principles guide Facebook in pursuing these goals. Achieving these principles should be constrained only by limitations of law, technology, and evolving social norms. We therefore establish these Principles as the foundation of the rights and responsibilities of those within the Facebook Service.

### 1. Freedom to Share and Connect

People should have the freedom to share whatever information they want, in any medium and any format, and have the right to connect online with anyone - any person, organization or service - as long as they both consent to the connection.

### 2. Ownership and Control of Information

People should own their information. They should have the freedom to share it with anyone they want and take it with them anywhere they want, including removing it from the Facebook Service. People should have the freedom to decide with whom they will share their information, and to set privacy controls to protect those choices. Those controls, however, are not capable of limiting how those who have received information may use it, particularly outside the Facebook Service.

### 3. Free Flow of Information

People should have the freedom to access all of the information made available to them by others. People should also have practical tools that make it easy, quick, and efficient to share and access this information.

### 4. Fundamental Equality

Every Person - whether individual, advertiser, developer, organization, or other entity - should have representation and access to distribution and information within the Facebook Service, regardless of the Person's primary activity. There should be a single set of principles, rights, and responsibilities that should apply to all People using the Facebook Service.

### 5. Social Value

People should have the freedom to build trust and reputation through their identity and connections, and should not have their presence on the Facebook Service removed for reasons other than those described in Facebook's Statement of Rights and Responsibilities.

### 6. Open Platforms and Standards

People should have programmatic interfaces for sharing and accessing the information available to them. The specifications for these interfaces should be published and made available and accessible to everyone.

### 7. Fundamental Service

People should be able to use Facebook for free to establish a presence, connect with others, and share information with them. Every Person should be able to use the Facebook Service regardless of his or her level of participation or contribution.

### 8. Common Welfare

The rights and responsibilities of Facebook and the People that use it should be described in a Statement of Rights and Responsibilities, which should not be inconsistent with these Principles.

### 9. Transparent Process

Facebook should publicly make available information about its purpose, plans, policies, and operations. Facebook should have a process of notice and comment to provide transparency and encourage input on amendments to these Principles or to the Rights and Responsibilities.

### 10. One World

The Facebook Service should transcend geographic and national boundaries and be available to everyone in the world.

---

About    Create ad    Create Page    Developers    Careers    Privacy    Cookies    AdChoices ▷    Terms    Help

Facebook © 2018
English (UK)   **English (US)**   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   ＋