# EXHIBIT 24A



Date of last revision: 30 March 2017

## Facebook Pages Terms

The following terms, as well as our Data Policy and Statement of Rights and Responsibilities, apply to all Pages on Facebook. Additionally, all content on Pages must comply with our Community Standards. You are responsible for ensuring that your Page complies with all applicable laws, statutes and regulations.

I. **General**

   A. A Page for a brand, entity (place or organisation), or public figure may be administered only by an authorised representative of that brand, entity (place or organisation) or public figure (an "official Page").

   B. Any user may create a Page to express support for or interest in a brand, entity (place or organisation) or public figure, provided that it does not mislead others into thinking that it is an official Page, or violate someone's rights. If your Page is not the official Page of a brand, entity (place or organisation) or public figure, you must:

      i. not speak in the voice of, or post content as if it was coming from, the authorised representative of the Page's subject matter; and

      ii. make clear that the Page is not the official Page of the brand, entity (place or organisation) or public figure.

   C. Content posted to a Page is public and viewable by everyone who can see the Page.

   D. You are required to restrict access to Pages (through our gating functionality) as necessary to comply with applicable laws and Facebook policies, including our Community Standards.

   E. You may not establish terms for your Page that conflict with our Statement of Rights and Responsibilities, Data Policy or these terms.

II. **Page management**

   A. Page names and Facebook web addresses

   Page names and Facebook web addresses must accurately reflect Page content. We may remove administrative rights or require you to change the Page name and Facebook web address for any Page that fails to meet this requirement.

   Page names must:

      i. not consist solely of generic terms (e.g. "beer" or "pizza");

      ii. use proper, grammatically correct capitalisation and may not include all capitals, except for acronyms;

      iii. not include character symbols, such as excessive punctuation and trademark designations;

      iv. not include superfluous descriptions or unnecessary qualifiers;

      v. not mislead others into thinking that it is an official Page of the Page's subject matter or is authorised by an authorised representative of the Page's subject matter; and

      vi. not violate someone's rights.

   B. Name changes and merges

   Name changes and merges must not result in a misleading or unintended connection and must not substantially change the Page's subject matter. Additionally, you must not request a name change or merge that would result in re-categorising a product Page to a brand Page, a generic or opinion Page to a brand Page, or a group to a Page.

   C. Collection of data

      A. If you collect content and information directly from users, you will make it clear that you (and not Facebook) are collecting it, and you will provide notice about and obtain user consent for your use of the content and information that you collect. Regardless of how you obtain content and information from users, you are responsible for securing all necessary permissions to reuse their content and information.

      B. You will not collect users' content or information, or otherwise access Facebook, using automated means (such as harvesting bots, robots, spiders or scrapers) without our prior permission.

      C. Don't use information obtained from a person's interaction with your Call to Action for any purpose other than to provide the service associated with the Call to Action. If you want to use this information for any other purpose, first obtain a person's explicit consent.

   D. Tagging

   You must not inaccurately tag content or encourage users to inaccurately tag content (e.g. don't encourage people to tag themselves in photos if they aren't in the photo).

III. **Page features**

   A. Branded content on Pages

   1. Branded content must comply with our Branded Content Policies.

   2. You must comply with all applicable laws and regulations, including by ensuring that you provide all necessary disclosures to people using Facebook, such as any disclosures needed to indicate the commercial nature of content posted by you.

   B. Cover

   All covers are public. This means that anyone who visits your Page will be able to see your cover. Covers can't be deceptive or misleading, or infringe on anyone else's copyright. You may not encourage people to upload your cover to their personal Timelines.

   C. Applications on Pages

   Apps on your Page must comply with the Facebook Platform Policies.

   D. Offers

   If you create an offer using Facebook's offer creation tool, the following policies apply:

      i. Facebook offers must be available for a limited time.

      ii. You may only run an offer if you are the merchant for or the manufacturer of the product or service you are promoting.

      iii. You must clearly and prominently disclose any restrictions on your offer (such as the expiry date or limitations on redemption).

iv. You are solely responsible for improper redemption, fraud, disputes or other issues that arise from the distribution and/or redemption of your offer.

v. If your offer may be redeemed at a merchant not operated by you, it is your sole responsibility to communicate with the merchant and ensure they honour your offer.

vi. You must only use the offer creation tool for its intended functionality and not to promote your website or other contact information, or to offer the equivalent of a gift card, gift certificate or stored value card.

vii. You are responsible for ensuring that your offer complies with these terms and all applicable laws, rules and regulations. Offers are subject to many regulations (such as alcohol discounts and offers marketed to minors), and if you are not certain that your offer complies with applicable law, consult an expert.

E. **Promotions**

1. If you use Facebook to communicate or administer a promotion (e.g. a contest or sweepstakes), you are responsible for the lawful operation of that promotion, including:

   a. the official rules;

   b. offer terms and eligibility requirements (e.g. age and residency restrictions); and

   c. compliance with applicable rules and regulations governing the promotion and all prizes offered (e.g. registration and obtaining necessary regulatory approvals).

2. Promotions on Facebook must include the following:

   a. A complete release of Facebook by each entrant or participant.

   b. Acknowledgement that the promotion is in no way sponsored, endorsed or administered by, or associated with, Facebook.

3. Promotions may be administered on Pages or within apps on Facebook. Personal Timelines and friend connections must not be used to administer promotions (e.g. "share on your Timeline to enter" or "share on your friend's Timeline to get additional entries" and "tag your friends in this post to enter" are not permitted).

4. We will not assist you in the administration of your promotion, and you agree that if you use our service to administer your promotion, you do so at your own risk.

IV. **Page content**

A. Pages promoting the private sale of regulated goods or services (including firearms, alcohol, tobacco or adult products) must restrict access to a minimum age of 18.

B. Pages that promote or facilitate online gambling, games of skill or lotteries, including online casinos, sport books, bingo or poker, are only allowed in specific countries with prior authorisation from Facebook.

C. Pages must not promote the sale of prescription pharmaceuticals. Pages for online pharmacies may be permitted with prior approval from Facebook.

D. Pages must not contain false, misleading, fraudulent or deceptive claims or content.

E. Don't include third-party products, brands or sponsors within your Page's cover photo or profile picture.

F. Showmarks on Show Pages must accurately represent the show, and must not represent the parent entity or network.

G. When sharing a third-party link from your Page, don't edit any elements of the post preview.

Amended Pages Terms for state and local governments in the United States

# EXHIBIT 24B

# Improvements To Our Site Integrity Systems

31 August 2012 at 09:00

A Like that doesn't come from someone truly interested in connecting with a Page benefits no one. Real identity, for both users and brands on Facebook, is important to not only Facebook's mission of helping the world share, but also the need for people and customers to authentically connect to the Pages they care about. When a Page and fan connect on Facebook, we want to ensure that connection involves a real person interested in hearing from a specific Page and engaging with that brand's content. As such, we have recently increased our automated efforts to remove Likes on Pages that may have been gained by means that violate our Terms.

On average, less than 1% of Likes on any given Page will be removed, providing they and their affiliates have been abiding by our terms. These newly improved automated efforts will remove those Likes gained by malware, compromised accounts, deceived users, or purchased bulk Likes. While we have always had dedicated protections against each of these threats on Facebook, these improved systems have been specifically configured to identify and take action against suspicious Likes.

To be clear, we do not and have never permitted the purchase or sale of Facebook Likes as we only want people connecting to the Pages and brands with whom they have chosen to connect. Beyond the need to maintain authentic relationships on Facebook, these third-party vendors often attempt to use malware or other forms of deception to generate fraudulent Likes, which is harmful to all users and the internet as a whole.

These improvements to our site integrity systems benefit both users and brands alike. Users will continue to connect to the Pages and Profiles they authentically want to subscribe to, and Pages will have a more accurate measurement of fan count and demographics. This improvement will allow Pages to produce ever more relevant and interesting content, and brands will see an increase in the true engagement around their content.

To help protect yourself in the future, please be aware of suspicious links and visit www.facebook.com/hacked if you have any reason to believe that your account may be compromised. We also highly recommend that Page owners vet any business that offers marketing services to build your Facebook presence, to make sure that these companies are using only legitimate practices, which do not violate the Facebook Terms.

Facebook was built on the principle of real identity and we want this same authenticity to extend to Pages. We undoubtedly expect that this will be a positive change for anyone using Facebook, and we look forward to helping even more people share and connect with the friends and brands they care about.

👍 Like     💬 Comment     ↪ Share

👍😢😮 3.4k
965 shares                                          2.1k comments

View previous comments



**Teamwork Zsperiens** just to keep the fucking advertising business you're fucking us, this is shit you twats
2y · Edited · Like                                                    👍 1

**Kiersten Dennis** "We do not and have never permitted the purchase or sale of Facebook Likes" WHAT DO YOU CALL ADS, THEN. That's the only way we can actually have our page seen by more than just our immediate friends circle to expand our fan bases! I call bullshit.
                                                                       👍 4



All Notes

Embed Post
Report

People you may know                    See All

Dylan Moncayo
3 mutual friends
➕ Add Friend

Lauren D. Konrai
5 mutual friends
➕ Add Friend

Lowis Tejeda
39 mutual friends
➕ Add Friend

Lorenzo Alvarado
12 mutual friends
➕ Add Friend

Jake Hack
7 mutual friends
➕ Add Friend

Tyler Lanphear
1 mutual friend
➕ Add Friend

Cailyn Melson
4 mutual friends
➕ Add Friend



How to Keep Your Account
● Chat (50)

**Fruzsina Jenei** How can I realize that if someone get a lot like from scam users?
2y · Edited · Like

**Jill Marie** This is HORRIBLE! You have just posted this as a way to cover your asses if people get upset for their "likes" being removed. The only company I've had my 'like' removed from is one of the ones that I love following the MOST. And it came at a time the business owner started noticing posts asking "pay to promote your page and reach 1,000 likes." Gee that isn't suspicious at all! What a sleazy move.
2y · Like    1

**SK Malone** I do not like a page unless I mean it.. I feel violated and angry that Facebook might remove a like from a page that I like just because it thinks I am inactive on that page, some of the pages I like require no interaction at all. Also that it might remove likes from my pages as well.
2y · Edited · Like    2

**Nilla Palmer** This is still happening in 2015! However, instead of the "inactive" likes that FB is claiming to remove, my "active" likes (and friends) are also being deleted every couple of days! What's going on? My friend liked a post yesterday and today I had to re-invite that same friend as FB deleted him.
2y · Edited · Like    4

**Kimberly Stout** I really am very confused. We are received many new likes per week, yet even more are "unliking." Given history, I highly doubt this many fans are unliking the page, and are in reality being removed by Facebook. I don't know how to determine how well we're doing??
2y · Like    4

**Angie Michelle Kikstra** I would love for Facebook to explain why I have lost a MASS of likes including and not limited to active FRIENDS and FAMILY. I have just had to re-request that about 40 friend re-like my page... they were ACTIVE friends too!
2y · Like    5

**Viktor Justin** Facebook removed 1500!! likes from my personal account which I use to monitor information in several different market segments. Without any warning without consent. The statement above is full of lies and half truths. Interactive behaviour is being pro... See more
2y · Like    2

**Tabi Catty** Facebook is constantly removing my friends and family. They are genuine likes. 😒
2y · Like    1

**Just Papy Papy** When put the button with dislike?    1
2y · Like

**Sue N Brett Bennell** Tabi Catty, They are doing that to me too. I'm not impressed!! My friends and family are also genuine likes.
2y · Like    1

**Anya Garone** I have a new page, and each time someone likes the page, now it is subtracting it.!
2y · Like    1

**Anya Garone** How can an account be "deactivated" if the page is only 2 days old ?
2y · Like    2

**Bianca Josephine** This is absolutely ridiculous!! Facebook is removing real likes from my page!!!! I have been tracking and have checked with the people that have been removed and they have not removed the like!! This needs to be fixed!!!!!!
2y · Like    8





Facebook © 2018
English (UK)   English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deu

**All Notes**

Embed Post
Report

**People you may know**  See All

**Dylan Moncayo**
3 mutual friends
👤+ Add Friend

**Lauren D. Konrai**
5 mutual friends
👤+ Add Friend

**Lowis Tejeda**
39 mutual friends
👤+ Add Friend

**Lorenzo Alvarado**
12 mutual friends
👤+ Add Friend

**Jake Hack**
7 mutual friends
👤+ Add Friend

**Tyler Lanphear**
1 mutual friend
👤+ Add Friend

**Cailyn Melson**
4 mutual friends
👤+ Add Friend

● Chat (50)