UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM RAINSY,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No. 18-mc-80024-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Plaintiff Sam Rainsy submits an *ex parte* application for an order for discovery pursuant to 28 U.S.C. § 1782 for use in foreign proceedings. The Court requires Plaintiff to serve the moving papers and this order on Defendant and any interested parties by February 21, 2018. Any party wishing to oppose the application must do so by March 1, 2018. Plaintiff may file a reply no later than March 7, 2018. In their papers, the Court asks the parties to specifically address the requirements regarding notice to parties in the underlying action in Cambodia under the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: February 15, 2018

_____
SALLIE KIM
United States Magistrate Judge