EXHIBIT A

## EXCERPTS OF THE CODE OF CIVIL PROCEDURE OF CAMBODIA

**Article 150. Duty to submit documents**

1.     Except as otherwise provided in this Code or other laws, submission of a document may not be refused by the holder thereof.

2.     The holder of a document may refuse the submission thereof if the document falls under any of the following categories:

  (a)     a document that contains matters that would give rise to the possibility that the holder of the documents, or a spouse or other relative thereof could be prosecuted for or found guilty of a crime, or that would bring humiliation or disgrace on such person, or cause significant harm to his/her domestic relationships;

  (b)     a document that involves the official secrets of a public official, where submission of such document would significantly hinder the exercise of public duties; or

  (c)     a document involving facts learned by a current or former doctor, dentist, birthing assistant, nurse, pharmacist, attorney at law or clergyman in the course of his/her professional duties, or technological or business secrets where the holder of the facts or secrets has not been exempted from the duty of confidentiality.

**Article 258. Request for viewing of case records**

1.     A party or a third party who has established via prima facie showing his/her interest in the case may request the court to allow a viewing or copying of the case records, or may request delivery of true copies, certified copies or excerpts thereof, or delivery of a certificate of matters related to the action, together with the payment of any fees. True copies, certified copies or excerpts of case records shall indicate thereon that they comprise true copies, certified copies or excerpts, and shall be signed by the court clerk.

2.     The provisions of Paragraph 1 shall not apply to audio tapes, videotapes or other objects on which certain matters are recorded using an equivalent method, and which are contained in the case record. In such cases, where a party or a third party who has established via a prima facie showing his/her interest in the case makes a request with regard to those objects, the court shall permit a duplication thereof.

3.     Where a request for viewing, copying or duplication would hinder maintenance of the case records or the court's operational performance, such request shall not be permitted.

EXHIBIT B

**EXCERPTS OF THE CRIMINAL CODE AND THE CODE OF CRIMINAL PROCEDURE OF CAMBODIA**

## EXCERPTS OF THE CRIMINAL CODE

### Article 305. Public Defamation

Any exaggerated claim, not true and without proof, or an accusation made in bad faith that tends to affect the honor or reputation of a person or an institution constitutes defamation.

The defamation that was committed by one of the following means, is punishable by a fine of between 100,000 (one hundred thousand) and 10,000,000 (ten million) Riels:

1.      by speeches, by any means whatsoever, announced in a public place or in public meeting;

2.      in writing or sketches by any means whatsoever, circulated in public or exposed to the sight of the public;

3.      by any means of audio-visual communications intended for the public.

### Article 464. Inciting People to Take Arms against the State Authority

The act of direct inciting people to take up arms against legitimate authorities is punishable by an imprisonment from 2 (two) years to 5 (five) years and a fine from 4,000,000 (four million) Riels to 10,000,000 (ten million) Riels.

When this inciting was materialized, the offence is punishable by an imprisonment from 15 (fifteen) years to 30 (thirty) years.

### Article 465. Inciting People to Take Up Arms against Part of Population

The act of direct inciting people to take up arms against part of the population is punishable by an imprisonment from 2 (two) years to 5 (five) years and a fine from 4,000,000 (four million) Riels to 10,000,000 (ten million) Riels.

When this inciting was materialized, the offence is punishable by an imprisonment from 15 (fifteen) years to 30 (thirty) years.

### Article 468. Inciting Soldiers to Serve Foreign Power or Foreign Agent

The act of direct inciting soldiers belonging to the Cambodian Armed Forces to join the services of a foreign power or a foreign agent with a view to undermine the national defense is punishable by an imprisonment from 5 (five) years to 10 (ten) years.

### Article 471. Inciting Military Personnel to be Disobedient

The acts direct inciting the military personnel to be disobedient with the view to undermine the national defense is punishable by an imprisonment from 2 (two) years to 5 (five) years and a fine from 4,000,000 (four million) Riels to 10,000,000 (ten million) Riels.

**Article 495. Incitement to Commit Felony**

The act of direct incitement aimed at committing a felony or to cause serious chaos to social security by one of the means specified in Article 494 (Conditions for Existence of Incitement) is punishable by an imprisonment from 6 (six) months to 2 (two) years and a fine from 1,000,000 (one million) Riels to 4,000,000 (four million) Riels, if the incitement produced no effect.

**Article 496. Incitement to Commit Discrimination**

The act of direct incitement by one of the means specified in Article 494 (Conditions for Existence of Incitement) of this Code, to discriminate, to be malicious or violent against a person or a group of persons because of their membership to or non-membership to an ethnicity, nationality, race or specific religion, is punishable by an imprisonment from 1 (one) year to 3 (three) years and a fine from 2,000,000 (two million) Riels to 6,000,000 (six million) Riels if the provocation produced no effect.

**Article 505. Incitement to Commit Rebellions Against Public Officials**

A direct inciting leading to the commission of rebellion against public officials is punishable by an imprisonment from 1 (one) day to 1 (one) month and a fine from 1,000 (one thousand) Riels to 100,000 (one hundred thousand) Riels.

## EXCERPTS OF THE CODE OF CRIMINAL PROCEDURE OF CAMBODIA

**Article 482. Subject Matter of Notification**

A notification is a letter which notifies a decision of the court based on legal requirements to inform the relevant parties so that they are notified of the decision.

The notification shall be made through the initiative of a prosecutor, the Prosecutor General or a party.

# EXHIBIT C

## EXCERPTS OF THE CONSTITUTION OF THE KINGDOM OF CAMBODIA

**Article 31.**

The Kingdom of Cambodia recognizes and respects human rights as enshrined in the United Nations Charter, the Universal Declaration of Human rights and all the treaties and conventions related to human rights, women's rights and children's rights.

Khmer citizens are equal before the law, enjoying the same rights, liberties and duties regardless of race, color, sex, language, beliefs, religions, political tendencies, birth origin, social status, wealth or other situations. The exercise of personal rights and liberties by any individual shall not adversely affect the rights and freedom of others. The exercise of such rights and liberties shall be in accordance with the law.

**Article 41.**

Khmer citizens shall have the freedom to express their personal opinions, the freedom of press, of publication and of assembly. No one can take abusively advantage of these rights to impinge on dignity of others, to affect the good mores and custom of society, public order and national security.

The regime of the media shall be regulated by law.