J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Richard J. Rogers, Esq. (SBN: 189978)
  richardrogers@globaldiligence.com
GLOBAL DILIGENCE LLP
Kemp House
152 City Rd
London EC1V 2NX
UNITED KINGDOM
Telephone: +44 (0)74 84822740

COUNSEL FOR APPLICANT SAM RAINSY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>SAM RAINSY, an individual residing in France,<br><br>　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from<br><br>FACEBOOK, INC.,<br><br>　　Respondent,<br><br>For use in connection with Foreign Proceedings. | Case No. 3:18-mc-80024-SK<br><br>**REPLY DECLARATION OF J. NOAH HAGEY IN FURTHER SUPPORT OF *EX PARTE* APPLICATION FOR DISCOVERY OF FACEBOOK, INC. PURSUANT TO 28 U.S.C. § 1782** |

I, Noah Hagey, declare as follows:

1. I am licensed to practice before this Court and am counsel of record for Sam Rainsy ("Applicant"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Facebook Inc.'s ("Facebook") Terms of Service informs users that their data will be stored in the United States. Users agree to the Terms of Service by using Facebook. Attached hereto as **Exhibit 1** is a true and correct copy of Facebook's Terms of Service.

3. Hun Sen and his agents in the foreign proceedings have actual notice of the Petition, and have repeatedly commented on it publicly. Attached hereto as **Exhibit 2** is a true and correct copy of an article from Rueters in which Hun Sen is quoted as calling Mr. Sam "crazy and stupid." The article is accessible at https://www.reuters.com/article/us-cambodia-facebook/cambodian-leader-calls-rival-crazy-and-stupid-over-facebook-case-idUSKBN1FX0JQ.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an article from The New York Times in which Hun Sen's agent Huy Vannak states the Petition is "stupid and funny." The article is accessible at https://www.nytimes.com/2018/02/09/world/asia/cambodia-facebook-hun-sen.html.

5. The United States government has expressed concern about the Cambodian government's dissolution of the country's main opposition party, the Cambodia National Rescue Party (CNRP), based on meritless and politicized allegations that it participated in a conspiracy to overthrow the government. Attached hereto as **Exhibit 4** is a true and correct copy of a Statement released by the Press Secretary on November 16, 2017. The Statement is available at https://www.whitehouse.gov/briefings-statements/statement-press-secretary-setbacks-democracy-cambodia/.

6. The White House has stated that setbacks to democracy in Cambodia cause deep concern over Senate elections on February 25 that failed to represent the genuine will of the Cambodian people. Attached hereto as **Exhibit 5** is a true and correct copy of a Statement released by the Press Secretary on February 27, 2018. The Statement is available at

https://www.whitehouse.gov/briefings-statements/statement-press-secretary-reduction-assistance-government-cambodia/.

7. The United States Congress Condemns political violence in Cambodia and urges the cessation of human rights violations. Attached hereto as **Exhibit 6** is a true and correct copy of Senate Resolution 279 – 115th Congress (2017-2018). The Resolution is available at https://www.congress.gov/bill/115th-congress/senate-resolution/279.

8. The UN Human Rights office of the High Commissioner has voiced grave concerns about the conduct of credible, free and fair elections in Cambodia next year. Attached hereto as **Exhibit 7** is a true and correct copy of the United Nations Human Rights Office of the High Commissioner November 17, 2017 news release. The news release is available at http://www.ohchr.org/EN/NewsEvents/Pages/DisplayNews.aspx?NewsID=22406&LangID=E.

9. The State Bar of California shows that 149 attorneys work for Facebook. Attached hereto as **Exhibit 8** is a true and correct copy of The State Bar of California's data on attorneys working for Facebook. This information is available at http://members.calbar.ca.gov/fal/MemberSearch/AdvancedSearch?LastNameOption=b&LastName=&FirstNameOption=b&FirstName=&MiddleNameOption=b&MiddleName=&FirmNameOption=b&FirmName=Facebook&CityOption=b&City=&State=&Zip=&District=&County=&LegalSpecialty=&LanguageSpoken.

10. LinkedIn indicates that Facebook employees at least 9,814. Attached hereto as **Exhibit 9** is a true and correct copy of the first page of a LinkedIn search for members reporting to be an "engineer" for Facebook.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an "SCA Comparison Chart" of the requested information and explanation as to each topic's allowance under the SCA.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct.

Dated: March 7, 2018              By: _____
                                          J. Noah Hagey