# EXHIBIT 5

Skip to content

White House Logo

Share

- Economy
- National Security
- Budget
- Immigration
- The Opioid Crisis

Statements & Releases

# Statement from the Press Secretary on Reduction in Assistance to the Government of Cambodia

Foreign Policy

Issued on: February 27, 2018

- Share:
- 
- 
- 

All News

Over the past quarter century, the United States has been a committed development partner of Cambodia. We contributed over $1 billion to improve Cambodia's economic, social, and democratic wellbeing. Recent setbacks to democracy in Cambodia, however, caused us deep concern, including Senate elections on February 25 that failed to represent the genuine will of the Cambodian people. These setbacks compelled the United States to review its assistance to Cambodia to ensure that American taxpayer funds are not being used to support anti-democratic behavior. Based on this review, the United States Government will suspend or curtail several Treasury, USAID, and American military assistance programs intended to support the General Department of Taxation, the capacity of local government authorities, and the Cambodian military, each of which has been linked to these setbacks. We will continue many projects in support of the Cambodian people, including those in health, agriculture, mine clearance, civil society promotion, and other crucial areas.



The White House

- Live
- Jobs
- Get Involved
- Copyright Policy
- Privacy Policy

- Twitter
- Facebook
- Instagram
- Contact

- News
- Issues
- The Administration
- About The White House
- Get Involved

- Economy
- National Security
- Budget
- Immigration
- The Opioid Crisis



Close Search
Type Your Search    Press enter to search