# EXHIBIT 6

3/7/2018 S.Res.279 - 115th Congress (2017-2018): A resolution reaffirming the commitment of the United States to promote democracy, human rights, an…





# S.Res.279 - A resolution reaffirming the commitment of the United States to promote democracy, human rights, and the rule of law in Cambodia.
115th Congress (2017-2018) | Get alerts

| | |
|---|---|
| **Sponsor:** | Sen. McCain, John [R-AZ] (Introduced 10/03/2017) |
| **Committees:** | Senate - Foreign Relations |
| **Latest Action:** | Senate - 11/16/2017 Resolution agreed to in Senate with an amendment and an amended preamble by Unanimous Consent.  (All Actions) |

**Tracker:** Introduced → Agreed to in Senate

## Summary: S.Res.279 — 115th Congress (2017-2018)

**All Information** (Except Text)

▶ Listen to this page

There are 2 summaries for S.Res.279.    Passed Senate amended (11/16/2017) ▼

Bill summaries are authored by CRS.

**Shown Here:**
**Passed Senate amended (11/16/2017)**

Reaffirms the U.S. commitment to promote democracy, human rights, and the rule of law in Cambodia.

Condemns political violence in Cambodia and urges the cessation of human rights violations.

Urges:

- Prime Minister Hun Sen and the Cambodian People's Party to end all harassment and intimidation of Cambodia's opposition and foster an environment where democracy can thrive and flourish;
- the Department of the Treasury to consider placing all senior Cambodian government officials implicated in such abuses on the Specially Designated Nationals list; and
- the Cambodian government to free Mr. Kem Sokha and to respect freedom of the press and the rights of its citizens to freely assemble, protest, and speak out against the government.

Supports electoral reform efforts in Cambodia and free and fair elections in 2018.