# EXHIBIT 8



# Attorney Search

Your search returned 149 results.

Click any column heading to sort on that column. Hold shift and click multiple headings to sort on multiple columns.

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Aboobaker , Azmina N | Active | 263135 | Menlo Park | May 2009 |
| AdamsDraffen , Jennifer Rebecca | Active | 220764 | Menlo Park | November 2002 |
| Aishton , Kate E | Active | 281152 | Menlo Park | December 2011 |
| Albers , John B | Active | 277082 | Menlo Park | June 2011 |
| Barany , Margaret Lia | Active | 139030 | Menlo Park | December 1988 |
| Bates , Robert J | Active | 259590 | Menlo Park | December 2008 |
| Beringer , Susan Ashlie | Active | 263977 | Menlo Park | June 2009 |
| Bettelheim , Natascha | Active | 256665 | Menlo Park | June 2008 |
| Bromfield , Heather Ann | Active | 271593 | Menlo Park | December 2010 |
| Buckner , Susan Elizabeth | Inactive | 310812 | Menlo Park | September 2016 |
| Chao , Alma G | Active | 257542 | Menlo Park | October 2008 |
| Chatterjee , Nayantara Milly | Active | 242661 | Menlo Park | June 2006 |
| Chen , Hsiu-Mei | Active | 278922 | Minato-ku, Tokyo 106-0032 | December 2011 |
| Chen , Stacy S | Active | 261822 | Menlo Park | December 2008 |
| Cheuk , Andrea P | Active | 274286 | Menlo Park | December 2010 |
| Chin , Benjamin Michael | Active | 251610 | Menlo Park | December 2007 |
| Chon , Isabel S | Active | 281412 | Menlo Park | December 2011 |
| Cohen , Lauren Beth | Active | 285018 | Menlo Park | December 2012 |
| Cooper , Susan McDonald | RIHC | 800942 | Menlo Park | January 2008 |
| Corn , Gavin Alexander | RIHC | 802735 | Menlo Park | January 2017 |
| Craven , Kelly Wong | Active | 248050 | Menlo Park | December 2006 |
| Cutler , Mary Elizabeth | Active | 261192 | Menlo Park | December 2008 |
| Daatio , Maria Lourdes Julio | Active | 285457 | Menlo Park | December 2012 |
| Dallafior , Amira Biko Day | Active | 239045 | Menlo Park | December 2005 |
| Day , Amira Biko | Active | 239045 | Menlo Park | December 2005 |
| DelRosario , Pearl | Active | 233449 | Menlo Park | December 2004 |
| Dong , Ronald Gee Ming | Active | 177022 | Menlo Park | June 1995 |
| Dowell , Christian Conner | Active | 241973 | Menlo Park | April 2006 |
| Dubois , Christen Mary Raymond | Active | 246170 | Menlo Park | December 2006 |
| Duvall , Kathryn Donley | Active | 267827 | Menlo Park | December 2009 |
| Edelman , Mira Vayda | RIHC | 801895 | Menlo Park | December 2013 |
| Eisen , Scott Thomas | Active | 300020 | Menlo Park | December 2014 |
| Faura , Jonathan Michael | RIHC | 802845 | Menlo Park | May 2017 |
| Ferrell , Elizabeth Blair | Active | 275678 | Menlo Park | March 2011 |
| Frank , Tram-Anh Thi | Active | 178464 | Menlo Park | December 1995 |
| Gellman , Jeanne | Active | 277544 | Menlo Park | August 2011 |
| Gill , Simron Kaur | Active | 286750 | Menlo Park | December 2012 |
| Gottipati , Bindu Lalitha | Active | 278768 | Menlo Park | December 2011 |
| Grewal , Paul Singh | Active | 196539 | Menlo Park | September 1998 |
| Guldiken , Erin | Active | 280586 | Menlo Park | December 2011 |
| Gurvitz , Justin Paul | Active | 223272 | Menlo Park | December 2002 |
| Hall , Jennifer Ann | Active | 268480 | Menlo Park | December 2009 |
| Hanono , Abraham | Active | 259777 | Menlo Park | December 2008 |
| Haynes , Karla Lynne | RIHC | 801083 | Menlo Park | October 2008 |
| Hernandez , Berta Alicia | Active | 280727 | Menlo Park | December 2011 |

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Hsiao , Livia | Active | 244752 | Menlo Park | December 2006 |
| Huang , Philip Yong-Young | Active | 297699 | Menlo Park | June 2014 |
| Huang , Ying | Active | 265718 | Menlo Park | December 2009 |
| Ibayan , Lilliemae Fortich | Active | 188154 | Menlo Park | June 1997 |
| Im , Deborah | Active | 233076 | Singapore | December 2004 |

Showing 1 to 50 of 149 entries         Previous  | 1 |  2   3   Next

© 2018 The State Bar of California



# Attorney Search

Your search returned 149 results.

Click any column heading to sort on that column. Hold shift and click multiple headings to sort on multiple columns.

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Ince , Samantha Litton | Active | 211795 | Menlo Park | December 2000 |
| Ito , Brian C | Active | 261537 | Menlo Park | December 2008 |
| James , Ashley Gwendolyn | RIHC | 802842 | Menlo Park | March 2017 |
| James , Beau | Active | 213060 | Menlo Park | June 2001 |
| Jeong , You Jin | RIHC | 802916 | Menlo Park | July 2017 |
| Jerry , Robert Andrew | RIHC | 802220 | Menlo Park | February 2015 |
| Johnson , Michael Lee | Active | 205927 | Menlo Park | December 1999 |
| Johnston , Kathleen Elaine | Active | 232353 | Menlo Park | November 2004 |
| Jones , Charlotte Lewis | RIHC | 802280 | Menlo Park | May 2015 |
| Kahn , Aaron Alexander | Active | 238505 | Menlo Park | December 2005 |
| Kayal , Ayan Ray | Active | 245645 | Menlo Park | December 2006 |
| Kim , Eric | Active | 280164 | Menlo Park | December 2011 |
| Kirkpatrick , Andrea Jane | Active | 229363 | Menlo Park | December 2003 |
| Kling , David William | Active | 191363 | Menlo Park | December 1997 |
| Knox , Samantha Harper | Active | 254427 | Menlo Park | December 2007 |
| Kwon , Yul Julius | Inactive | 212908 | Menlo Park | May 2001 |
| Ledeen , Gabriel Morris | Active | 291311 | Menlo Park | October 2013 |
| Leeper , Cindy Fong | Active | 233888 | Menlo Park | December 2004 |
| Lewis , Brian Charles | RIHC | 802887 | Menlo Park | May 2017 |
| Liau , Chiamin Corii | Active | 191143 | Menlo Park | December 1997 |
| Liu , Jonathan W | Active | 280662 | Menlo Park | December 2011 |
| Liyanto , Christine S | Active | 263803 | Menlo Park | June 2009 |
| Lo , Allen Mingren | Active | 189919 | Menlo Park | October 1997 |
| Lunny , Christopher David | Inactive | 248912 | Menlo Park | June 2007 |
| MacDonald , Ryan Thomas | Active | 265025 | Menlo Park | December 2009 |
| Mah , Tyler Lee | Active | 273938 | Menlo Park | December 2010 |
| Makker , Sona Rupa | Active | 313744 | Menlo Park | December 2016 |
| Maute , Jeana Marie Bisnar | Active | 290573 | Menlo Park | June 2013 |
| McAlister , Tina Tiiu | Active | 261680 | Menlo Park | December 2008 |
| McCollum , Jordan Christian | Active | 187361 | Menlo Park | December 1996 |
| McGilliard , Marisa Diane | RIHC | 802015 | Menlo Park | May 2014 |
| Mellon , Scott Howard | RIHC | 801905 | Menlo Park | February 2014 |
| Milam , Margaret Lia | Active | 139030 | Menlo Park | December 1988 |
| Minden , Scott Darin | Active | 179367 | Menlo Park | December 1995 |
| Mooney , Christopher Matthew | Active | 251774 | Menlo Park | December 2007 |
| Morad , Leeron | Active | 284771 | Menlo Park | December 2012 |
| Mull , Allison Burton | RIHC | 800201 | Palo Alto | April 2005 |
| Naugle , Natalie | Active | 240999 | Menlo Park | December 2005 |
| Nessary , Richard | Active | 180682 | Menlo Park | December 1995 |
| Ng , Genelle Patricia | Active | 256690 | Menlo Park | June 2008 |
| Niehaus , Jean Bastian | Active | 254891 | Menlo Park | January 2008 |
| Okpala , Jane A. | Inactive | 284831 | Menlo Park | December 2012 |
| Perelman , Sabrina Arlene | RIHC | 802393 | Menlo Park | November 2015 |
| Perez , Maria Lourdes Daatio | Active | 285457 | Menlo Park | December 2012 |
| Pietila , Christopher John | RIHC | 802828 | Menlo Park | March 2017 |
| Proctor , Charles William | Active | 293087 | Menlo Park | December 2013 |
| Raby , Nicholas Eugene | Active | 250573 | Menlo Park | August 2007 |

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Rajagopalan , Priyanka | Active | 278504 | Menlo Park | December 2011 |
| Rausa , Andrew | RIHC | 802615 | Menlo Park | June 2016 |
| Ravelo , Johanna | RIHC | 801784 | Menlo Park | June 2013 |

Showing 51 to 100 of 149 entries    Previous  1  2  3  Next

© 2018 The State Bar of California



# The State Bar of California

**Attorney Search**

Your search returned 149 results.

Click any column heading to sort on that column. Hold shift and click multiple headings to sort on multiple columns.

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Reddick , Kimberly Nicole | RIHC | 802013 | Menlo Park | June 2014 |
| Robinson , Kathryn Donley | Active | 267827 | Menlo Park | December 2009 |
| Rodgers , Mark Thomas | Active | 224295 | Menlo Park | January 2003 |
| Rucker , NeChele Velane | Active | 267834 | Menlo Park | December 2009 |
| Ryan , Lena Patrice | Active | 258782 | Menlo Park | December 2008 |
| Sadler , Nicole Robins | Active | 275333 | Menlo Park | January 2011 |
| Salehi , Behnam | RIHC | 803040 | Menlo Park | October 2017 |
| Scheley , Andrea Jane | Active | 229363 | Menlo Park | December 2003 |
| Schrage , Elliot Jay | RIHC | 801084 | Menlo Park | October 2008 |
| Settles , David Michael | Active | 197048 | Menlo Park | December 1998 |
| Shanbhag , Nikhil | Active | 250286 | Menlo Park | June 2007 |
| Sharpe , Emily Curtis | Active | 313688 | Menlo Park | December 2016 |
| Sher , Susan Mei-Chen | Active | 238399 | Menlo Park | November 2005 |
| Siman-Tov , Keren | Active | 260676 | Menlo Park | December 2008 |
| Singh , Raj Paul | Active | 238160 | Menlo Park | November 2005 |
| Smith , Brian J. | Active | 291401 | Menlo Park | November 2013 |
| Smith , Joshua Lee | RIHC | 800739 | Menlo Park | October 2006 |
| Sokol , Karin Nicole Stitt | Active | 250262 | Menlo Park | June 2007 |
| Solanki , Sandeep Natvar | Active | 244005 | Menlo Park | September 2006 |
| Sonderby , Christopher Peter | Active | 166574 | Menlo Park | December 1993 |
| St Clair , Dustin Glynn | RIHC | 802596 | Menlo Park | July 2016 |
| Stephens , Lilliemae Ibayan | Active | 188154 | Menlo Park | June 1997 |
| Stretch , Colin Sullivan | Active | 205144 | Menlo Park | December 1999 |
| Su , Daniel Sheaulin | Active | 251677 | Menlo Park | December 2007 |
| Su , Winston Y | Active | 261228 | Menlo Park | December 2008 |
| Sumida , Matthew K | Active | 278733 | Menlo Park | December 2011 |
| Swartz , Heidi L | Active | 203475 | Menlo Park | December 1999 |
| Tang , Lauren Michelle | Active | 229847 | Menlo Park | January 2004 |
| Tran , Ly-Huong V | Inactive | 262702 | Menlo Park | April 2009 |
| Treiber , Kathleen Elaine | Active | 232353 | Menlo Park | November 2004 |
| Tsai , John C | Active | 267049 | Menlo Park | December 2009 |
| Uppuluri , Jyotirmai | Active | 280838 | Menlo Park | December 2011 |
| Venugopal , Pankaj | RIHC | 801644 | Menlo Park | September 2012 |
| Vo , Nikki Khanh | Active | 239543 | Menlo Park | December 2005 |
| Von Bargen , David James | RIHC | 801706 | Menlo Park | December 2012 |
| Wainright , Tina T | Active | 261680 | Menlo Park | December 2008 |
| Wallace , Corey Patrick | Active | 278749 | Menlo Park | December 2011 |
| Wilkozek , Shari Lynn | RIHC | 803059 | Redwood City | October 2017 |
| Williams , Nikkya Geneen | Active | 297006 | Menlo Park | June 2014 |
| Witnov , Shane B | Active | 274830 | Menlo Park | December 2010 |
| Wong , Gilbert Chia-Wei | Active | 251692 | Menlo Park | December 2007 |
| Wu , Wendy | Active | 215893 | Menlo Park | December 2001 |
| Xu , Elena Ying | Active | 194828 | Menlo Park | April 1998 |
| Yaghmai , Mike M | Active | 236287 | Menlo Park | May 2005 |
| Yang , Jack | Active | 162076 | Menlo Park | December 1992 |
| Yoon , William T | Active | 245586 | Menlo Park | November 2006 |
| Yun , Jennifer J | Active | 264876 | Menlo Park | December 2009 |

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Zoufonoun , Amin | Active | 218013 | Menlo Park | December 2001 |
| Zun , Samuel C | Active | 264930 | Menlo Park | December 2009 |

Showing 101 to 149 of 149 entries     Previous  1  2  3  Next

© 2018 The State Bar of California