# EXHIBIT 9



facebook engineer

People Locations Connections Facebook All Filters Clear 1

Reactivate Premium

Work isn't Working - Learn how NOBL helps leaders embrace the future of work Ad ···

Showing 9,814 results

**Jiahao Zhang** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Connect

**zheng lin** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

**Lifei Chen** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

**Jia Mengqi** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

**Ning Deng** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

**Jiaheng Zhang** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

**Yueming Li** • 3rd
Thermal Engineer at Facebook
San Francisco Bay Area
Send InMail

**Surbhi Jhavar** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

**Diksha Vanvari** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

**YenTing Liu** • 3rd
Software Engineer at Facebook
San Francisco Bay Area
Send InMail

1 2 3 4 5 6 7 8 9 10 Next ›

Top in Tax 2017
#1-Ranked Tax Program!
Obtain a Master's in Tax from the #1 nationally ranked program and school!

Master of Public Health
Online MPH program starts next quarter, designed for working professionals.
··· Ad

Saved searches

Save this search to get notified as new results become available.

Create search alert

facebook engineer

Reactivate Premium

LinkedIn Corporation © 2018