JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415-393-8200
Facsimile: 415-393-8306

WILLIAM E. THOMSON, SBN 187912
wthomson@gibsondunn.com
TIAUNIA HENRY, SBN 254323
thenry@gibsondunn.com
ABBEY HUDSON, SBN 266885
ahudson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re* Ex Parte Application of<br><br>SAM RAINSY, an individual residing in France,<br><br>　　　　　　Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from<br><br>FACEBOOK, INC.,<br><br>　　　　　　Respondent,<br><br>For Use in Connection with Foreign Proceedings. | Case Number: 3:18-mc-80024-SK<br><br>**DECLARATION OF SIN SOPUTHI**<br><br>The Honorable Judge Sallie Kim<br><br>Application Filed: February 8, 2018 |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF SIN SOPUTHI
CASE NO. 3:18-MC-80024-SK

I, Sin Soputhi, declare as follows:

1. I am an attorney at law admitted to practice before Cambodian courts, and am an attorney at the law firm of Sin & Partners, located at Villa No. 6R, Street 208, Sangkat Boeung Raing, Khan Daun Penh, Phnom Penh, Cambodia. I regularly advise clients on litigation matters in Cambodia. I have a Masters Degree in Private Law from the Royal University of Law and Economics in Cambodia, a Bachelors Degree in Law from the Royal University of Law and Economics in Cambodia, and a Bachelors Degree in Private Law from the University of Lumière Lyon 2 in France. I speak both Khmer and English. I make this declaration upon personal knowledge and could and would competently testify to the matters below if called to do so.

2. Attached hereto as Exhibit 1 is an English translation of Exhibit A of the March 7, 2018 Declaration of Sam Rainsy. I have reviewed the Khmer version of Exhibit A and certify that Exhibit 1 is an accurate English translation.

3. Attached hereto as Exhibit 2 is an English translation of Exhibit B of the March 7, 2018 Declaration of Sam Rainsy. I have reviewed the Khmer version of Exhibit B and certify that Exhibit 2 is an accurate English translation.

4. Attached hereto as Exhibit 3 is an English translation of Exhibit G of the March 7, 2018 Declaration of Sam Rainsy. I have reviewed the Khmer version of Exhibit G and certify that Exhibit 3 is an accurate English translation.

5. Except Page 2 of Exhibit A, Exhibits A, B, and G all appear to relate to a criminal case against Sam Rainsy arising out of a post he posted on his Facebook page asserting that the killing of Mr. Kem Ley was orchestrated by the Cambodian Government. Exhibit G indicates that the case resulted in a judgment against Sam Rainsy on March 3, 2017. It also indicates that the judgment was upheld by the Cambodian Appeal Court on August 11, 2017.

6. Exhibit G appears to be a request for cassation to the Appeal Court in order to seek Supreme Court review. In Cambodian criminal procedure, cassation is the term for an appeal seeking the Supreme Court review of a decision of the Court of Appeal. Under Article 436 of the Cambodian Criminal Procedure Code, a first cassation only addresses questions of law. Therefore, at this stage,

the Supreme Court will only address whether the Appeal Court applied the law correctly and whether it provided sufficient reasoning in support of the judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 22, 2018 at Phnom Penh, Cambodia.

By: _____
Sin Soputhi
Attorney
Sin & Partners

**SIN SOPUTHI**
Attorney-At-Law

# CERTIFICATE OF SERVICE

I, Gregory Bok, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On March 22, 2018, I served the following document(s):

**FACEBOOK, INC.'S OPPOSITION TO SAM RAINSY'S APPLICATION FOR LEAVE TO OBTAIN DISCOVERY UNDER 28 U.S.C. § 1782**

**DECLARATION OF SIN SOPUTHI IN SUPPORT OF FACEBOOK, INC.'S OPPOSITION TO § 1782 APPLICATION AND SUPPORTING EXHIBITS**

on the parties stated below, by the following means of service:

> Richard John Rogers
> Global Diligence LLP
> Kemp House
> 152 City Road
> London ECIV 2NX
> United Kingdom
> richardrogers@globaldiligence.com

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☐ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2018.

_____
Gregory Bok