# EXHIBIT 1

**Kingdom of Cambodia**
**Nation – Religion – King**

**<u>Lawsuit</u>**

I am Som Soeun, Sex: Male, Age: 64, residing at #7E0, St.264, village 3, Sangkat Chaktomok (commune), Khan Daun Penh (district), Phnom Penh, currently serving as a Minister attached to the Prime Minister.

**To His Excellency Royal Prosecutor at Phnom Penh Municipal Court**

**Subject:** Sue Sam Rainsy, Sex: Male, Age: 67, Residential address: #576, National Road 2, Sangkat Chak Angres Leu, Khan Mean Chey, Phnom Penh, President of CNRP

**Reference:**      - a post on Sam Rainsy's Facebook page created on March 09, 2016

Based on the subject and references above, I am informing you, H.E. Royal Prosecutor, that on March 09, 2016, on Sam Rainsy's Facebook page, a text message was posted with a calumny meaning in contradiction to the truth about me, saying that I had instructed my officials, supporters and networks – including civil servants, policemen and soldiers – to create fake Facebook accounts in order to provide artificial "Likes" to the Facebook page of Samdech Akka Moha Sena Padei Techo Hun Sen, Prime Minister of the Kingdom of Cambodia, linked with a comment saying that the majority of "Likes" appearing on Samdech's Facebook page were obtained from buying or hiring poor people who were jobless to create fake Facebook accounts in order to provide artificial "Likes" to Samdech. This post severely affected the honors of the national leader and mine.

I am requesting as follows:
1. Ask for a conviction of Sam Rainsy in accordance with the laws
2. Claim compensation of 20.000.000 (twenty million) Riels

As indicated above, please, His Excellency, review my lawsuit and make a decision accordingly.

Please accept, His Excellency, the assurances of my consideration.

Phnom Penh, 10 March 2016
**Signature and thumbprint**


**Som Soeun**