# EXHIBIT 2

**Kingdom of Cambodia**
**Nation – Religion – King**

## <u>Lawsuit</u>

I am Lawyer Ky Tech, ID: 156, a government lawyer with a contact address room #311, 3rd floor of Council of Ministers No. 41, Russian Federation Blvd, representing Samdech Akka Moha Sena Padei Techo Hun Sen, Prime Minister of Cambodia by mandate.

**To His Excellency Royal Prosecutor at Phnom Penh Municipal Court**

**Subject:** Sue Sam Rainsy, Sex: Male; Age: 66; Ethnicity: Khmer, Nationality: Khmer; Occupation, President of CNRP; Place of abode: #576, National Road 2, Prek Ta Kong 2 Village, Sangkat Chak Angres Leu, Khan Mean Chey, Phnom Penh.

**References:**       - Criminal Code of Cambodia
                      - Letter of mandate of Samdech Akka Moha Sena Padei Techo Hun Sen dated August
                        01, 2016

Based on the subject and references above, I am informing you, H.E. Royal Prosecutor, that "On July 10, 2016; Sam Rainsy wrote on his official Facebook page that, "Today's murder of Mr. Kem Ley was state-backed terrorism". On July 23, 2016 Sam Rainsy had an interview with Radio Free Asia by clarifying and accusing again and again over the murder of Kem Ley, which led Facebook users to share and comment on the post by condemning the government of Cambodia.

The murdering case of Dr. Kem Ley sparked the interest of both national and international citizens and everyone has denunciated this event. Right after the murder of Dr. Kem Ley, the murderer was caught obviously and sent to the court for legal action. Currently, the murderer is still provisionally imprisoned and the case file is being within the competence of Phnom Penh Municipal Court of First Instance.

Therefore, the public sharing by Sam Rainsy by accusing Cambodia's governments of being involved in the murdering case of Dr. Kem Ley does not only severely affect the reputation and the prestige of the Royal Government which is led by Samdech Hun Sen but also intentionally incite the masses to vent their anger, which possibly causes turmoil in the society and affects the proceedings of the court.

        As indicated above and as the lawyer representing Samdech Akka Moha Sena Padei Techo Hun Sen, Prime Minister of Cambodia, by mandate, I am making claims as follows:
-   Ask the court to convict Sam Rainsy in accordance with laws
-   Claim compensation of 100 (one hundred) Riel

Please accept, H.E. Royal Prosecutor, the assurances of my consideration.

                                        Phnom Penh, 01 August 2016
                                        **Lawyer by mandate**


                                        **Lawyer Ky Tech**