# EXHIBIT 3

**Kingdom of Cambodia**
**Nation – Religion – King**

**Lawsuit**

I am Lawyer Ky Tech, ID: 156, Cambodia Law Firm with the office address Building No.159-161, St.113, Sangkat Boeung Keng Kang 3 (commune), Khan Chamkarmon (district), Phnom Penh, representing Samdech Akka Moha Sena Padei Techo Hun Sen by mandate.

**To His Excellency Royal Prosecutor at Phnom Penh Municipal Court**

**Subject:** Sue Sam Rainsy, Sex: Male; Age: 67; Nationality: Khmer; Occupation: President of CNRP; Place of abode: #576, National Road 2, Prek Ta Kong 2 Village, Sangkat Chak Angres Leu, Khan Mean Chey, Phnom Penh.

**References:**   - Penal Code of the Kingdom of Cambodia
                  - Letter of mandate of Samdech Akka Moha Sena Padei Techo Hun Sen dated January 15, 2017

Based on the subject and references above, I am informing you, H.E. Royal Prosecutor, that as a lawyer representing Samdech Akka Moha Sena Padei Techo Hun Sen by mandate, I am suing Sam Rainsy for his speech made in a public forum held in France's Paris on January 14, 2017. In the forum, Sam Rainsy said, "Hun Sen bribes Thy Sovantha $1 million but why doesn't no one take any action against him?....$1 million which was corrupt money....He bribed her to do bad things, to attack and cause trouble to the CNRP, to hold protests, to do this and to do that by using $1 million which was corrupt money…" The video which consisted of the script above was disseminated publicly and widely in the social media (Facebook) such as the Facebook pages named "MJ CNRP France" and "Social Breaking News-SBN" This video was also spotted in the official Facebook page named Sam Rainsy.

Article 305 of the Penal Code of the Kingdom of Cambodia which was promulgated by the King of the Kingdom of Cambodia on November 30, 2009 stipulated that, "Any allegation or slanderous charge that undermines the honor or the reputation of a person or an institution constitutes defamation.
The defamation that was committed by one of the following means is punishable by a fine of between 100,000 (one hundred thousand) Riels and 10,000,000 (ten million) Riels:

1. by speeches, by any means whatsoever, announced in a public place or in public meeting;
2. in writing or sketches by any means whatsoever, circulated in public or exposed to the sight of the public;
3. by any means of audio visual communications intended for the public."

The malfeasance Sam Rainsy committed was an exaggerated claims and dishonest blame put on Samdech Akka Moha Sena Padei Techo Hun Sen by slandering him in contradiction to the truth, intended to mislead both national and international public opinions, which severely affected the honor and reputation of Samdech Akka Moha Sena Padei Techo Hun Sen. The malfeasance above was also shared among the public in the social media (Facebook). This malfeasance has enough elements to constitute the offense of Public Defamation under the provisions of Article 305 of the Penal Code.

As indicated above and as the lawyer representing Samdech Akka Moha Sena Padei Techo Hun Sen, Prime Minister of Cambodia, by mandate, I am making claims to the Prosecution attached to the Phnom Penh Municipal Court as follows:
- To charge and convict Sam Rainsy in accordance with Article 305 and other Articles of the Penal Code of the Kingdom of Cambodia

- Demand Sam Rainsy to compensate Samdech Akka Moha Sena Padei Techo Hun Sen 4.000.000.000 (four thousand million) Riels

Please accept, H.E. Royal Prosecutor, the assurances of my consideration.

Phnom Penh, 18 January 2017<br>
**Lawyer**

**Ky Tech**