# EXHIBIT 4

**Kingdom of Cambodia**
**Nation – Religion – King**

**Lawsuit**

I am Lawyer Vong Pheakdey, ID: 363, a member of the Bar Association of the Kingdom of Cambodia, Vong and Associates Law Firm with the office address: Building No.184, St.63, Sangkat Boeung Keng Kang 1 (commune), Khan Chamkarmon (district), Phnom Penh, a lawyer for the Royal Cambodian Armed Forces (RCAF).

**To His Excellency Royal Prosecutor at Phnom Penh Municipal Court**

**Subject:** Sue Sam Rainsy, Sex: Male; Age: 66; Nationality: Khmer; Place of birth: Sangkat 3, Phnom Penh city; Religion: Buddhist; Place of abode: #576, National Road 2, Prek Ta Kong 2 village, Sangkat Chak Angres Leu, Khan Mean Chey, Phnom Penh; for the involvement in inciting the armed forces not to obey the orders of the legitimate leaders, demoralizing the armed forces and insulting the leaders of the RCAF.

**References:**
- Audio video recording on a VCD
- Photos printed from the Facebook account named Sam Rainsy
- Letter of mandate dated 06 December 2017

Based on the subject and references above, I am informing you, H.E. Royal Prosecutor, that in early December 2017, Sam Rainsy incited the armed forces not to obey the orders of the legitimate head of the royal government which has been chosen through the election and insulted the leaders of the RCAF, as well as demoralizing the armed forces, which have impacted state security - an offense stipulated in the Penal Code of the Kingdom of Cambodia that is in practice.

Therefore, please, H.E. Royal Prosecutor, review and take legal action on this lawsuit in accordance with the legal procedure in force as soon as possible since the actions have severely impacted the state security.

Please accept, H.E. Royal Prosecutor, the assurances of my highest esteem.

Phnom Penh, 06 December 2017
**Signature and stamp**

**Lawyer Vong Pheakdey**